UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIO MAR ASSOCIATES, L.P., S.E., a
Delaware Limited Partnership, d/b/a THE
WESTERN RIO MAR BEACH RESORT,

        Plaintiff

    -v-

MIXSHOW POWER SUMMIT, INC., a
New York corporation; THE POWER SUMMIT,
INC., a New York corporation; RPM MARKETING
& PROMOTIONS, INC., a New York corporation;
and RENE McLEAN, a New York resident,

        Defendants.

Case No. 07 CIV 8227

**RULE 7.1  STATEMENT**

---

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that:

        There are no parent corporations or any publicly held corporations that own 10% or more of Plaintiff's stock.

**Date:** 9/17/07

_____
Signature of Attorney

Attorney Bar Code: DT 5908