```
                                        ABC PROCESS SERVICE,INC.
                                        Attorney:
                                        RUDNER LAW OFFICES
                                        Index No. 07CIV8227
                                        Date Filed 09/20/2007
                                        Office No. RL11133W
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RIO MAR ASSOCIATES, L.P. S.E., A DELAWARE LIMITED
                                        (PLAINTIFF)
PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                 against
                                        (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

_____

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:


SCHADRAC LAGUERRE  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 25       day of September    2007 at 3:34  PM , at
33 W 19TH ST;NY, NY
I SERVED the  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1 STATEMENT   upon

RENE MCLEAN, A NEW YORK RESIDENT
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1 STATEMENT  with   RENE MCLEAN,
A NEW
YORK RESIDENT said defendant personally. Deponent describes person served as
aforesaid to the best of deponents ability at the time and circumstances of
service as follows:

Sex    MALE    , Color WHITE, Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt
160 LBS


That at the time of such service I knew the person so  served as  aforesaid to
be  the same  person mentioned and described in the said  SUMMONS IN A CIVIL
ACTION, COMPLAINT AND RULE 7.1 STATEMENT as the defendant in this action.That at
the time
of service aforesaid, I asked  person so  served or  person  spoken to whether
thedefendant herein was in the military service of the State of N.Y. or the
United States and receiveda negative reply.  Upon information  and belief
based upon the  conversation  and observation  as aforesaid I aver that  the
defendant  is not in the  military service of the  State of N.Y. or  theUnited
States as that term is defined in the statutes of the State of N.Y. or  the
Federal Soldiersand Sailors Civil Relief Act.

SWORN to before me this 27
 day of September 2007

        JAY BRODSKY
        Notary Public, State Of New York
        No. 31-4683271
        Qualified in New York County          SCHADRAC LAGUERRE
        Commission Expires Feb 2. 2011

License No.:   1021952   :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011