```
                                          ABC PROCESS SERVICE,INC.
                                          Attorney:
                                          RUDNER LAW OFFICES
                                          Index No. 07CIV8227
                                          Date Filed 09/20/2007
                                          Office No. RL11133WC
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
RIO MAR ASSOCIATES, L.P., S.E, A DELAWARE LIMITED
                                          (PLAINTIFF)
 PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                   against
                                          (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;
_____
STATE OF NEW YORK, COUNTY OF NEW YORK      SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25     day of September        2007 at 3:34  PM , at

33 W 19TH ST;NEW YORK, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
THE POWER SUMMIT, INC. A NEW YORK CORPORATION in this action, by delivering to
and leaving with said MR. RENE MCLEAN, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007
                                          _____
                                          SCHADRAC LAGUERRE
                                          License No.   1021952    :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011