UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

RIO MAR ASSOCIATES, L.P., S.E., a      Civ. Action No. 07 CV 8227 (GBD)
Delaware Limited Partnership, d/b/a THE WESTIN
RIO MAR BEACH RESORT,

                         Plaintiff,      **APPLICATION FOR CERTIFICATE OF DEFAULT**

     -against-

MIXSHOW POWER SUMMIT, INC., a
New York corporation; THE POWER SUMMIT,
INC., a New York corporation; RPM MARKETING
& PROMOTIONS, INC., a New York corporation;
and RENE McLEAN, a New York resident,

                         Defendants.
_____ x

     TO:     Clerk of the United States District Court for the Southern District of New York

     Plaintiff RIO MAR ASSOCIATES, L.P., S.E., doing business as THE WESTIN RIO MAR BEACH RESORT, through its attorneys, hereby requests that the Clerk issue a Certificate of Default against all named Defendants pursuant to Federal Rule of Civil Procedure 55(a) for their failure to plead or otherwise defend, as shown in the attached Affidavit of David R. Teece.

     DATED:     New York, New York
                       October 16, 2007

                                          RUDNER LAW OFFICES

                                          By: _____
                                          David R. Teece
                                          (DT 5908)
                                          225 Broadway, Suite 3104
                                          New York, New York 10007
                                          Phone: (212) 233-4747
                                          Fax:   (212) 233-4848