UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

RIO MAR ASSOCIATES, L.P., S.E., a                         Civ. Action No. 07 CV 8227 (GBD)
Delaware Limited Partnership, d/b/a THE WESTIN
RIO MAR BEACH RESORT,

                                                          **AFFIDAVIT IN SUPPORT**
                                                          **OF APPLICATION**
                                                          **FOR CERTIFICATE**
                                    Plaintiff,             **OF DEFAULT**

                  -against-

MIXSHOW POWER SUMMIT, INC., a
New York corporation; THE POWER SUMMIT,
INC., a New York corporation; RPM MARKETING
& PROMOTIONS, INC., a New York corporation;
and RENE McLEAN, a New York resident,


                                    Defendants.
_____ x

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )


        DAVID R. TEECE, being duly sworn, deposes and says:

        1.      I am an attorney with the Rudner Law Offices, counsel for Plaintiff Rio Mar

Associates, L.P. S.E., d/b/a The Westin Rio Mar Resort, and I submit this affidavit in support of

Plaintiff's Application for Certificate of Default to the Clerk pursuant to Fed. R. Civ. Pro. 55(a)

and Local Rule 55.1.

        2.      On September 20, 2007, Plaintiff filed a Complaint against Defendants Mixshow

Power Summit, Inc.; The Power Summit, Inc.; RPM Marketing & Promotions, Inc.; and Rene

McLean.

        4.      The above-titled action was commenced against Defendant Rene McLean by

personal service of a Summons and Complaint served pursuant to Fed. R. Civ. Pro. 5(b)(A)(i) at 33 W. 19th Street, New York, New York on the 25th day of September, 2007. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit A.

5.      The above-titled action was commenced against Defendant Mixshow Power Summit, Inc. by personal service of a Summons and Complaint upon Rene McLean, managing agent, served pursuant to Fed. R. Civ. Pro. 5(b)(A)(i) at 33 W. 19th Street, New York, New York on the 25th day of September, 2007. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit B.

6.      The above-titled action was commenced against Defendant The Power Summit, Inc. by personal service of a Summons and Complaint upon Rene McLean, managing agent, served pursuant to Fed. R. Civ. Pro. 5(b)(A)(i) at 33 W. 19th Street, New York, New York on the 25th day of September, 2007. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit C.

7.      The above-titled action was commenced against Defendant RPM Marketing & Promotions, Inc. by personal service of a Summons and Complaint upon Rene McLean, managing agent, served pursuant to Fed. R. Civ. Pro. 5(b)(A)(i) at 33 W. 19th Street, New York, New York on the 25th day of September, 2007. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit D.

5.      Neither Defendant Rene McLean nor any other defendant is an infant, in the military, or an incompetent person.

6.      Pursuant to Fed. R. Civ. Pro. 12(a)(A), the time for Defendants to answer or move with respect to the Complaint has expired, and no Defendants have answered or moved with

2

respect to the Complaint.

7.    The Defendants' time to plead has not been extended and they are now in default in pleading.

8.    The Complaint to which no response had been made was properly served upon all Defendants pursuant to Fed. R. Civ. Pro. 5(b)(2)(A).


FURTHER AFFIANT SAYETH NAUGHT


_____
David R. Teece

Sworn to before me this
16 day of October, 2007.

_____
Notary Public

**ALTHEA M DORSETT**
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01DO6057445
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES APRIL 16, 2011

3

# EXHIBIT A

```
                              ABC PROCESS SERVICE,INC.
                              Attorney:
                              RUDNER LAW OFFICES
                              Index No. 07CIV8227
                              Date Filed 09/20/2007
                              Office No. RL11133W
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIO MAR ASSOCIATES, L.P. S.E., A DELAWARE LIMITED
                              (PLAINTIFF)
PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                against

                              (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK      SS:


SCHADRAC LAGUERRE  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 25      day of September    2007 at 3:34  PM , at
33 W 19TH ST;NY, NY
I SERVED the  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1 STATEMENT  upon

RENE MCLEAN, A NEW YORK RESIDENT
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1 STATEMENT  with   RENE MCLEAN,
A NEW
YORK RESIDENT said defendant personally. Deponent describes person served as
aforesaid to the best of deponents ability at the time and circumstances of
service as follows:

Sex   MALE    , Color WHITE, Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt
160 LBS


That at the time of such service I knew the person so  served as  aforesaid to
be  the same  person mentioned and described in the said  SUMMONS IN A CIVIL
ACTION, COMPLAINT AND RULE 7.1 STATEMENT as the defendant in this action.That at
the time
of service aforesaid, I asked  person so  served or  person  spoken to whether
thedefendant herein was in the military service of the State of N.Y. or the
United States and receiveda negative reply.  Upon information  and belief
based upon  the  conversation  and observation  as aforesaid I aver that  the
defendant  is not in the  military service of the  State of N.Y. or  theUnited
States as that term is defined in the statutes of the State of N.Y. or  the
Federal Soldiersand Sailors Civil Relief Act.

SWORN to before me this 27
 day of September 2007

            JAY BRODSKY
      Notary Public, State of New York
            No. 31-4683271
       Qualified in New York County
     Commission Expires Feb/2. 2011          SCHADRAC LAGUERRE

License No.:   1021952      :bb



JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2011

# EXHIBIT B

```
                                        ABC PROCESS SERVICE,INC.
                                        Attorney:
                                        RUDNER LAW OFFICES
                                        Index No. 07CIV8227
                                        Date Filed 09/20/2007
                                        Office No. RL11133WD
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF NEW YORK
_____

RIO MAR ASSOCIATES,L.P., S.E., A DELAWARE LIMITED
                                        (PLAINTIFF)
 PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                    against
                                        (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

_____

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25   day of September        2007 at 3:34  PM , at

33 W 19TH ST;NY, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION, in this action, by
delivering to and leaving with said MR. RENE MCLEAN, MANAGING AGENT a true copy
thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

                                        _____
                                        SCHADRAC LAGUERRE
                                        License No.:   1021952      :bb
```

JAY BRODSKY
Notary Public, State of New York
No. 31-4688271
Qualified in New York County
Commission Expires Feb. 2 2011

# EXHIBIT C

ABC PROCESS SERVICE,INC.
Attorney:
RUDNER LAW OFFICES
Index No. 07CIV8227
Date Filed 09/20/2007
Office No. RL11133WC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIO MAR ASSOCIATES, L.P., S.E, A DELAWARE LIMITED
                                    (PLAINTIFF)
 PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                    against
                                    (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25        day of September        2007 at 3:34  PM , at

33 W 19TH ST;NEW YORK, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
THE POWER SUMMIT, INC. A NEW YORK CORPORATION in this action, by delivering to
and leaving with said MR. RENE MCLEAN, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb/2, 2011

SCHADRAC LAGUERRE
License No.    1021952       :bb

# EXHIBIT D

ABC PROCESS SERVICE,INC.
Attorney:
RUDNER LAW OFFICES
Index No. 07CIV8227
Date Filed 09/20/2007
Office No. RL11133WB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIO MAR ASSOCIATES, L.P., S.E.,A DELAWARE LIMITED
                                        (PLAINTIFF)
 PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                 against
                                        (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK       SS:

SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25       day of September       2007 at 3:34  PM , at

33 W 19TH ;NY, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
RPM MARKETING & PROMOTION, INC., in this action, by delivering to and leaving
with said MR. RENE MCLEAN, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

                                        _____
JAY BRODSKY                             SCHADRAC LAGUERRE
Notary Public, State of New York        License No.     1021952       :bb
No. 31-4685271
Qualified in New York County
Commission Expires Feb. 2. 2011