UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

RIO MAR ASSOCIATES, L.P., S.E., a    Civ. Action No. 07 CV 8227
Delaware Limited Partnership, d/b/a THE WESTIN
RIO MAR BEACH RESORT,

                                 **DEFAULT JUDGMENT**

                Plaintiff,

  -against-

MIXSHOW POWER SUMMIT, INC., a
New York corporation; THE POWER SUMMIT,
INC., a New York corporation; RPM MARKETING
& PROMOTIONS, INC., a New York corporation;
and RENE McLEAN, a New York resident,

                Defendants.
_____ x

      THIS MATTER having come before the Court on Plaintiff's Motion for Entry of Default Judgment on October 19, 2007, and the Court having reviewed the pleadings of record and examined the evidence and being sufficiently advised in the premises, finds that the default of Defendants was duly entered by the Clerk of this Court; that Plaintiff's remaining claim is for a sum certain; that none of the Defendants is an infant, in the military, or an incompetent person; and that Plaintiff is entitled to the relief requested.

      IT IS THEREFORE ORDERED that judgment be entered in favor of Plaintiff Rio Mar Associates, L.P., S.E. and against Defendants The Power Summit, Inc. and Rene McLean in the amount of **$167,868.36**, plus interest at the rate of seven percent (7%) per annum, running from October 28, 2003 until paid in full.

      Claims against all other defendants are hereby dismissed without prejudice.

OCT 2 2 2007

DATED this ____ day of _____, 2007.

                                                          SO ORDERED:

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Court