UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RIO MAR ASSOCIATES, L.P., S.E., a Delaware Limited Partnership, d/b/a THE WESTIN RIO MAR BEACH RESORT,

                        Plaintiff,

-against-

MIXSHOW POWER SUMMIT, INC., a New York corporation; THE POWER SUMMIT, INC., a New York corporation; RPM MARKETING & PROMOTIONS, INC., a New York corporation; and RENE McLEAN, a New York resident,

                        Defendants.
------------------------------------------------------------------X

Case No. 07 CV 8227 (GBD)

**NOTICE OF APPEARENCE**

    **PLEASE TAKE NOTICE** that, without waiving any jurisdictional defenses, the law firm of Peter M. Agulnick, P.C. hereby appears as counsel of record for the undersigned Defendants.

Dated: New York, New York
       October 31, 2007

                Yours, etc.,

                PETER M. AGULNICK, P.C.

                By: _____
                     Peter M. Agulnick (PA 5030)
                Attorneys for Defendants
                **THE POWER SUMMIT, INC., a New York corporation; RPM MARKETING & PROMOTIONS, INC., a New York corporation; and RENE McLEAN, a New York resident**
                321 Broadway, Suite 200
                New York, New York 10007
                (212) 571-2266