UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RIO MAR ASSOCIATES, L.P., S.E., a Delaware Limited    Case No. 07 CV 8227 (GBD)
Partnership, d/b/a THE WESTIN RIO MAR BEACH
RESORT,

                Plaintiff,             **NOTICE OF MOTION**

           -against-


MIXSHOW POWER SUMMIT, INC., a New York
corporation; THE POWER SUMMIT, INC., a New York
corporation; RPM MARKETING & PROMOTIONS,
INC., a New York corporation; and RENE McLEAN, a
New York resident,

               Defendants.
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed declaration of Peter M. Agulnick, Esq., dated November 5, 2007, the annexed declaration of RENE McLEAN, dated October 31, 2007, the annexed exhibits, the accompanying Memorandum of Law, and upon all prior proceedings, Defendants THE POWER SUMMIT, INC., RPM KARKETING & PROMOTIONS, and RENE McLEAN will move this Court before Hon. George B. Daniels, at the courthouse located at 500 Pearl Street, Courtroom 15D, New York, NY 10007 on November 28, 2007 at 9:30 AM or as soon thereafter as counsel or pro se parties can be heard for an Order containing the following relief:

     **(A)**     Pursuant to Fed. R. Civ. Pro. 12(b)(5) and 60(b)(3), dismissing this case and vacating the default judgment that this Court has issued after false representations that Defendants have been properly served pursuant to the Federal Rules of Civil Procedure; and

     **(B)**     such other relief that is appropriate.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), opposition papers, if any, shall be served and filed on or before November 16, 2007 and movants' reply papers, if any, shall be served and filed on or before November 26, 2007.


Dated: New York, New York
       November 5, 2007

                                    Yours, etc.,


                                    PETER M. AGULNICK, P.C.

                                    By:_____/S/_____
                                            Peter M. Agulnick (PA 5030)
                                    Attorneys for Defendants
                                    **THE POWER SUMMIT, INC.,**
                                    **RPM KARKETING & PROMOTIONS, INC.,**
                                    **and RENE McLEAN**
                                    321 Broadway, Suite 200
                                    New York, New York 10007
                                    (212) 571-2266


TO:    RUDNER LAW OFFICES
       **RIO MAR ASSOCIATES, L.P., S.E.,**
        **a Delaware Limited Partnership,**
        **d/b/a THE WESTIN RIO MAR BEACH RESORT,**
       Attorneys for Plaintiff
       225 Broadway, Suite 2104
       New York, New York 10007
       (212) 233-4747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

RIO MAR ASSOCIATES, L.P., S.E., a Delaware Limited          Case No. 07 CV 8227 (GBD)
Partnership, d/b/a THE WESTIN RIO MAR BEACH
RESORT,

                              Plaintiff,                    **DECLARATION OF**
                                                           **PETER M. AGULNICK**

                 -against-


MIXSHOW POWER SUMMIT, INC., a New York
corporation; THE POWER SUMMIT, INC., a New York
corporation; RPM MARKETING & PROMOTIONS,
INC., a New York corporation; and RENE McLEAN, a
New York resident,

                              Defendants.
--------------------------------------------------------------------X

        PETER M. AGULNICK, pursuant to 28 U.S.C. §1746, states the following under penalty

of perjury:

        1.      I am a principal of the law firm of Peter M. Agulnick, P.C., counsel of record

for Defendants THE POWER SUMMIT, INC., RPM KARKETING & PROMOTIONS, and

RENE McLEAN (hereinafter collectively "my clients").

        2.      I submit this declaration in support of the present motion seeking an Order

containing the following relief:

        **(A)**    Pursuant to Fed. R. Civ. Pro. 12(b)(5) and 60(b)(3), dismissing this case

        and vacating the default judgment that this Court has issued after false representations

        that Defendants have been properly served pursuant to the Federal Rules of Civil

        Procedure; and

        **(B)**    such other relief that is appropriate.

3.      RENE McLEAN's attached declaration states that he has never been afforded proper service of process.  Thus, Plaintiff has improperly procured a default judgment against my clients as is explained below.

4.      Plaintiff purports to have served RENE McLEAN, personally, and on behalf of the corporate defendants as a supposed "agent."    A copy of Plaintiff's affidavits of service are filed here as **Exhibit A**.

5.      Plaintiff's Affidavits of Service state that Plaintiff's process server delivered documents to RENE McLEAN but describe <u>an entirely different person</u>.  The Affidavits of Service describe a white male when, in fact, RENE McLEAN is actually African American (McLean Declaration at ¶ 4.)   In addition, the other description of RENE McLEAN is inaccurate as well (McLean Declaration at ¶ 4).

6.      Prior to the present litigation, Plaintiff's counsel conducted a face-to-face deposition of RENE McLEAN in a related state-court action.  Therefore, Plaintiff's counsel must have known that RENE McLEAN is not white and that his process server failed to properly serve RENE McLEAN in accordance with the Federal Rules of Civil Procedure.

7.      Moreover, Plaintiff's counsel should never have moved for a default judgment and submitted an Affidavit in Support of Application for Certificate of Default adopting erroneous Affidavits of Service attached to his papers.   (A copy of Plaintiffs' counsel's Affidavit containing the erroneous Affidavits of Service are annexed here as **Exhibit B**, and the default judgment Plaintiff improperly obtained is annexed here as **Exhibit C**).

8.      Based upon the above, Plaintiff has failed to effectuate service of process upon my clients, which deprives this Court of personal jurisdiction.  This Court should, therefore, dismiss Plaintiff's case as against my clients and vacate the default judgment.

9.    Finally, despite that I personally represented RENE McLEAN in a prior related proceeding in state court where Plaintiff's counsel deposed RENE McLEAN, Plaintiff's counsel never sent me a courtesy copy of his motion for a default judgment or any of the pleadings for the present case.  Although, perhaps, not required because I filed an appearance in the state action but had not yet done so in the present federal action, it certainly was contrary to well-established customs and courtesies practiced by members of the New York state and Federal bar.

10.    After I found out that Plaintiff had obtained a default judgment against my clients, I called Plaintiff's counsel and informed him that RENE McLEAN was never properly served and that his affidavits of service were obviously erroneous.  In addition, I followed up by sending Plaintiff's counsel a letter, a copy of which is annexed here as **Exhibit D**.

11.    Notwithstanding, Plaintiff's counsel has refused to stipulate to vacate the default judgment.  I even told Plaintiff's counsel that I would have, as a professional courtesy, accepted service for my clients if he were to stipulate to vacate the default judgment so that I would not have to burden the parties -- and this Court -- with unnecessary motion practice and the need for Plaintiff to bring a second action after the present one is dismissed.  Plaintiff's counsel still refused.

12.    Accordingly, I was forced to make the present motion to this Court seeking to dismiss Plaintiff's action and to vacate the default judgment that was improperly obtained against my clients.

**WHEREFORE,** Defendants THE POWER SUMMIT, INC., RPM KARKETING & PROMOTIONS, and RENE McLEAN request that this Court issue an Order containing the following relief:

**(A)**     Pursuant to Fed. R. Civ. Pro. 12(b)(5) and 60(b)(3), dismissing this case and vacating the default judgment that this Court has issued after false representations that Defendants have been properly served pursuant to the Federal Rules of Civil Procedure; and

**(B)**     such other relief that is appropriate.


Dated:        New York, New York
              November 1, 2007

                                                    /S/
                                        _____
                                            PETER M. AGULNICK (PA 5030)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RIO MAR ASSOCIATES, L.P., S.E., a Delaware Limited
Partnership, d/b/a THE WESTIN RIO MAR BEACH
RESORT,

Case No. 07 CV 8227 (GBD)

                   Plaintiff,

**DECLARATION OF RENE McLEAN**

         -against-

MIXSHOW POWER SUMMIT, INC., a New York
corporation; THE POWER SUMMIT, INC., a New York
corporation; RPM MARKETING & PROMOTIONS,
INC., a New York corporation; and RENE McLEAN, a
New York resident,

                   Defendants.
------------------------------------------------------------------X

      RENE McLEAN, pursuant to 28 U.S.C. §1746, states the following under penalty of perjury:

      1.     I am one of the Defendants named in the caption of this case.

      2.     I was never personally handed a copy of a Summons and Complaint for this case. My attorney informs me that, under the Federal Rules of Civil Procedure, Plaintiff has failed to properly effectuate service of process.

      3.     My attorney has also informed me that Plaintiff has filed affidavits of service (copies of which are annexed here as **Exhibit C**) that purport to serve me on behalf of myself and the other corporate Defendants. Those affidavits are <u>false</u> as is explained below:

      4.     Plaintiff's affidavits describe me as a white person. <u>I am not white</u>. I am an African American. Moreover the other physical description of me is wrong as well.

5.    Clearly, Plaintiff's affidavits are false and I was never personally served with a copy of the summons and complaint.


Dated: New York, New York

     10/31  , 2007

RENE McLEAN

# *Exhibit A*

```
                                        ABC PROCESS SERVICE,INC.
                                        Attorney:
                                        RUDNER LAW OFFICES
                                        Index No. 07CIV8227
                                        Date Filed 09/20/2007
                                        Office No. RL11133W
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RIO MAR ASSOCIATES, L.P. S.E., A DELAWARE LIMITED
                                        (PLAINTIFF)
PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                        against
                                        (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

_____

STATE OF NEW YORK, COUNTY OF NEW YORK       SS:


SCHADRAC LAGUERRE  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 25       day of September    2007 at 3:34  PM , at
33 W 19TH ST;NY, NY
I SERVED the  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1 STATEMENT  upon

RENE MCLEAN, A NEW YORK RESIDENT
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1 STATEMENT  with   RENE MCLEAN,
A NEW
YORK RESIDENT said defendant personally. Deponent describes person served as
aforesaid to the best of deponents ability at the time and circumstances of
service as follows:

Sex   MALE   , Color WHITE, Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt
160 LBS


That at the time of such service I knew the person so  served as  aforesaid to
be  the same  person mentioned and described in the said  SUMMONS IN A CIVIL
ACTION, COMPLAINT AND RULE 7.1 STATEMENT as the defendant in this action.That at
the time
of service aforesaid, I asked  person so  served or  person  spoken to whether
thedefendant herein was in the military service of the State of N.Y. or the
United States and receiveda negative reply.  Upon information  and belief
based upon the  conversation  and observation  as aforesaid I aver that  the
defendant  is not in the  military service of the  State of N.Y. or theUnited
States as that term is defined in the statutes of the State of N.Y. or the
Federal Soldiersand Sailors Civil Relief Act.


SWORN to before me this 27
 day of September 2007

            JAY BRODSKY
    Notary Public, State of New York
            No. 31-4683271
     Qualified in New York County
    Commission Expires Feb/2, 2011                    _____
                                                      SCHADRAC LAGUERRE
```

```
                                    ABC PROCESS SERVICE,INC.
                                    Attorney:
                                    RUDNER LAW OFFICES
                                    Index No. 07CIV8227
                                    Date Filed 09/20/2007
                                    Office No. RL11133WD
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF NEW YORK

---

RIO MAR ASSOCIATES,L.P., S.E., A DELAWARE LIMITED
                                    (PLAINTIFF)
  PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                       against
                                    (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK         SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25       day of September        2007 at 3:34  PM , at

33 W 19TH ST;NY, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION, in this action, by
delivering to and leaving with said MR. RENE MCLEAN, MANAGING AGENT a true copy
thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

                                    _____
                                    SCHADRAC LAGUERRE
JAY BRODSKY                         License No.:  1021952      :bb
Notary Public, State of New York
No. 31-4688271
Qualified in New York County
Commission Expires Feb 2 2011

ABC PROCESS SERVICE,INC.
Attorney:
RUDNER LAW OFFICES
Index No. 07CIV8227
Date Filed 09/20/2007
Office No. RL11133WC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIO MAR ASSOCIATES, L.P., S.E, A DELAWARE LIMITED
                                   (PLAINTIFF)
 PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                   against
                                   (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK       SS:

---

SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25      day of September        2007 at 3:34  PM , at

33 W 19TH ST;NEW YORK, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
THE POWER SUMMIT, INC. A NEW YORK CORPORATION in this action, by delivering to
and leaving with said MR. RENE MCLEAN, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011

SCHADRAC LAGUERRE
License No.   1021952    :bb

```
                                    ABC PROCESS SERVICE,INC.
                                    Attorney:
                                    RUDNER LAW OFFICES
                                    Index No. 07CIV8227
                                    Date Filed 09/20/2007
                                    Office No. RL11133WB
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIO MAR ASSOCIATES, L.P., S.E.,A DELAWARE LIMITED
                                        (PLAINTIFF)
 PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                    against
                                        (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;


STATE OF NEW YORK, COUNTY OF NEW YORK        SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25      day of September       2007 at 3:34  PM , at

33 W 19TH ;NY, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
RPM MARKETING & PROMOTION, INC., in this action, by delivering to and leaving
with said MR. RENE MCLEAN, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

                                    _____
                                    SCHADRAC LAGUERRE
                                    License No.   1021952      :bb

        JAY BRODSKY
    Notary Public, State of New York
          No. 31-4683271
      Qualified in New York County
    Commission Expires Feb 2, 2011

# *Exhibit B*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

RIO MAR ASSOCIATES, L.P., S.E., a          Civ. Action No. 07 CV 8227 (GBD)
Delaware Limited Partnership, d/b/a THE WESTIN
RIO MAR BEACH RESORT,

**AFFIDAVIT IN SUPPORT**
**OF APPLICATION**
**FOR CERTIFICATE**
                                            Plaintiff,          <u>**OF DEFAULT**</u>

        -against-

MIXSHOW POWER SUMMIT, INC., a
New York corporation; THE POWER SUMMIT,
INC., a New York corporation; RPM MARKETING
& PROMOTIONS, INC., a New York corporation;
and RENE McLEAN, a New York resident,


                                    Defendants.
——————————————————————— x

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )


        DAVID R. TEECE, being duly sworn, deposes and says:

        1.      I am an attorney with the Rudner Law Offices, counsel for Plaintiff Rio Mar

Associates, L.P. S.E., d/b/a The Westin Rio Mar Resort, and I submit this affidavit in support of

Plaintiff's Application for Certificate of Default to the Clerk pursuant to Fed. R. Civ. Pro. 55(a)

and Local Rule 55.1.

        2.      On September 20, 2007, Plaintiff filed a Complaint against Defendants Mixshow

Power Summit, Inc.; The Power Summit, Inc.; RPM Marketing & Promotions, Inc.; and Rene

McLean.

        4.      The above-titled action was commenced against Defendant Rene McLean by

personal service of a Summons and Complaint served pursuant to Fed. R. Civ. Pro. 5(b)(A)(i) at

33 W. 19<sup>th</sup> Street, New York, New York on the 25<sup>th</sup> day of September, 2007. A true and correct

copy of the Affidavit of Service is attached hereto as Exhibit A.

     5.    The above-titled action was commenced against Defendant Mixshow Power

Summit, Inc. by personal service of a Summons and Complaint upon Rene McLean, managing

agent, served pursuant to Fed. R. Civ. Pro. 5(b)(A)(i) at 33 W. 19<sup>th</sup> Street, New York, New York

on the 25<sup>th</sup> day of September, 2007. A true and correct copy of the Affidavit of Service is

attached hereto as Exhibit B.

     6.    The above-titled action was commenced against Defendant The Power Summit,

Inc. by personal service of a Summons and Complaint upon Rene McLean, managing agent,

served pursuant to Fed. R. Civ. Pro. 5(b)(A)(i) at 33 W. 19<sup>th</sup> Street, New York, New York on the

25<sup>th</sup> day of September, 2007. A true and correct copy of the Affidavit of Service is attached

hereto as Exhibit C.

     7.    The above-titled action was commenced against Defendant RPM Marketing &

Promotions, Inc. by personal service of a Summons and Complaint upon Rene McLean, managing

agent, served pursuant to Fed. R. Civ. Pro. 5(b)(A)(i) at 33 W. 19<sup>th</sup> Street, New York, New York

on the 25<sup>th</sup> day of September, 2007. A true and correct copy of the Affidavit of Service is

attached hereto as Exhibit D.

     5.    Neither Defendant Rene McLean nor any other defendant is an infant, in the

military, or an incompetent person.

     6.    Pursuant to Fed. R. Civ. Pro. 12(a)(A), the time for Defendants to answer or move

with respect to the Complaint has expired, and no Defendants have answered or moved with

respect to the Complaint.

    7.    The Defendants' time to plead has not been extended and they are now in default in pleading.

    8.    The Complaint to which no response had been made was properly served upon all Defendants pursuant to Fed. R. Civ. Pro. 5(b)(2)(A).


FURTHER AFFIANT SAYETH NAUGHT


_____
David R. Teece

Sworn to before me this
__16__ day of October, 2007.

_____
Notary Public

ALTHEA M DORSETT
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01DO6057445
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES APRIL 16, 2011

3

# EXHIBIT A

```
                                    ABC PROCESS SERVICE,INC.
                                    Attorney:
                                    RUDNER LAW OFFICES
                                    Index No. 07CIV8227
                                    Date Filed 09/20/2007
                                    Office No. RL11133W
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIO MAR ASSOCIATES, L.P. S.E., A DELAWARE LIMITED
                                    (PLAINTIFF)
PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                    against
                                    (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION,ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK        SS:

---

SCHADRAC LAGUERRE  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 25       day of September    2007 at 3:34  PM , at
33 W 19TH ST;NY, NY
I SERVED the  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1 STATEMENT  upon

RENE MCLEAN, A NEW YORK RESIDENT
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1 STATEMENT with   RENE MCLEAN,
A NEW
YORK RESIDENT said defendant personally. Deponent describes person served as
aforesaid to the best of deponents ability at the time and circumstances of
service as follows:

Sex   MALE    , Color WHITE, Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt
160 LBS


That at the time of such service I knew the person so  served as  aforesaid to
be  the same  person mentioned and described in the said  SUMMONS IN A CIVIL
ACTION, COMPLAINT AND RULE 7.1 STATEMENT as the defendant in this action.That at
the time
of service aforesaid, I asked  person so  served or  person  spoken to whether
thedefendant herein was in the military service of the State of N.Y. or the
United States and receiveda negative reply.  Upon information  and belief
based upon the  conversation  and observation  as aforesaid I aver that  the
defendant  is not in the  military service of the  State of N.Y. or theUnited
States as that term is defined in the statutes of the State of N.Y. or  the
Federal Soldiersand Sailors Civil Relief Act.

SWORN to before me this 27
 day of September 2007

              JAY BRODSKY                    _____
       Notary Public, State of New York
              No. 31-4683771                   SCHADRAC LAGUERRE
        Qualified in New York County
       Commission Expires Feb 2, 2011

License No.:   1021952    :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2011

# EXHIBIT B

ABC PROCESS SERVICE, INC.
Attorney:
RUDNER LAW OFFICES
Index No. 07CIV8227
Date Filed 09/20/2007
Office No. RL11133WD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF NEW YORK

---

RIO MAR ASSOCIATES, L.P., S.E., A DELAWARE LIMITED
                                            (PLAINTIFF)
  PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                          against
                                            (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION, ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK          SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25        day of September        2007 at 3:34  PM , at

33 W 19TH ST; NY, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION, in this action, by
delivering to and leaving with said MR. RENE MCLEAN, MANAGING AGENT a true copy
thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2 2011

_____
SCHADRAC LAGUERRE
License No.:  1021952      :bb

# EXHIBIT C

ABC PROCESS SERVICE, INC.
Attorney:
RUDNER LAW OFFICES
Index No. 07CIV8227
Date Filed 09/20/2007
Office No. RL11133WC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIO MAR ASSOCIATES, L.P., S.E, A DELAWARE LIMITED
                                        (PLAINTIFF)
  PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                    against
                                        (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION, ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK      SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25      day of September        2007 at 3:34  PM , at

33 W 19TH ST; NEW YORK, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
THE POWER SUMMIT, INC. A NEW YORK CORPORATION in this action, by delivering to
and leaving with said MR. RENE MCLEAN, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

                                        _____
                                        SCHADRAC LAGUERRE
        JAY BRODSKY                      License No.    1021952     :bb
   Notary Public, State of New York
           No. 31-4683271
     Qualified in New York County
   Commission Expires Feb/2, 2011

# EXHIBIT D

```
                                        ABC PROCESS SERVICE, INC.
                                        Attorney:
                                        RUDNER LAW OFFICES
                                        Index No. 07CIV8227
                                        Date Filed 09/20/2007
                                        Office No. RL11133WB
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIO MAR ASSOCIATES, L.P., S.E., A DELAWARE LIMITED
                                        (PLAINTIFF)
  PARTNERSHIP, D/B/A THE WESTIN RIO MAR BEACH RESORT
                  against
                                        (DEFENDANT)
MIXSHOW POWER SUMMIT, INC., A NEW YORK CORPORATION, ETAL;

STATE OF NEW YORK, COUNTY OF NEW YORK      SS:

SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 25      day of September         2007 at 3:34  PM , at

33 W 19TH ;NY, NY
he served the annexed  SUMMONS IN A CIVIL ACTION, COMPLAINT AND RULE 7.1
STATEMENT upon
RPM MARKETING & PROMOTION, INC., in this action, by delivering to and leaving
with said MR. RENE MCLEAN, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK, app.age 45 YRS, app.ht 5'9", app.wt 160
LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COMPLAINT AND RULE 7.1. STATEMENT.

SWORN to before me this 27
day of September  2007

                                        _____
                                        SCHADRAC LAGUERRE
                                        License No.   1021952      :bb

        JAY BRODSKY
    Notary Public, State of New York
            No. 31-4683271
      Qualified in New York County
    Commission Expires Feb. 2. 2011

*Exhibit C*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  OCT 2 3 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————— x

RIO MAR ASSOCIATES, L.P., S.E., a                    Civ. Action No. 07 CV 8227
Delaware Limited Partnership, d/b/a THE WESTIN
RIO MAR BEACH RESORT,

**DEFAULT JUDGMENT**

                        Plaintiff,

        -against-

MIXSHOW POWER SUMMIT, INC., a
New York corporation; THE POWER SUMMIT,
INC., a New York corporation; RPM MARKETING
& PROMOTIONS, INC., a New York corporation;
and RENE McLEAN, a New York resident,

                        Defendants.
—————————————————————————— x

THIS MATTER having come before the Court on Plaintiff's Motion for Entry of Default

Judgment on October 19, 2007, and the Court having reviewed the pleadings of record and

examined the evidence and being sufficiently advised in the premises, finds that the default of

Defendants was duly entered by the Clerk of this Court; that Plaintiff's remaining claim is for a

sum certain; that none of the Defendants is an infant, in the military, or an incompetent person;

and that Plaintiff is entitled to the relief requested.

IT IS THEREFORE ORDERED that judgment be entered in favor of Plaintiff Rio Mar

Associates, L.P., S.E. and against Defendants The Power Summit, Inc. and Rene McLean in the

amount of **$167,868.36**, plus interest at the rate of seven percent (7%) per annum, running from

October 28, 2003 until paid in full.

Claims against all other defendants are hereby dismissed without prejudice.

OCT 2 2 2007.

DATED this ____ day of _____, 2007.

SO ORDERED:

_George B. Daniel_

GEORGE B. DANIELS
United States District Court

2

*Exhibit  D*

LAW OFFICES OF

# PETER M. AGULNICK, P.C.

WRITER'S E-MAIL:
PETER@AGULNICKLAW.COM

321 BROADWAY, SUITE 200
NEW YORK, NEW YORK 10007

TEL (212) 571-2266

FAX (212) 656-1645

NEW JERSEY OFFICE:
237 WASHINGTON AVENUE
HACKENSACK, NJ 07601

PLEASE REPLY TO THE
NEW YORK OFFICE

November 1, 2007

**BY FAX 212-233-4848**

Attn. David R. Teece, Esq.
Rudner Law Offices
225 Broadway, Suite 3104
New York, New York 10007

> **Re:** **Rio Mar Associates, L.P., S.E. v. Mixshow Power Summit, Inc. et al.**
> **U.S. District Court, Southern District of New York, Case No. 07 CV 8227 (GBD)**

Dear Mr. Teece:

As you know, this law firm represents Defendants Rene McLean, The Power Summit, Inc., and RPM Marketing & Promotions, Inc.  This letter is to confirm our recent telephone conversation.

I informed you that the Affidavits of Service of the summons that you included with your declaration and motion for a default judgment are materially false.  The most glaringly inaccuracy is that your process servers states he served a <u>white person</u> when, in fact, Mr. McLean is <u>African American</u>.  You know Mr. McLean is African American because you, personally, deposed him months ago. Yet, you included these erroneous affidavits as exhibits to your motion for a default judgment.

In addition, you never served me with a courtesy copy of your motion for a default judgment.  Although to do so may, perhaps, not been strictly required, it is certainly customary for attorneys to do so.

To avoid unnecessary delay in this case, I told you that I was willing to accept service on behalf of my clients if you would vacate the default judgment that you improperly procured. You have refused.

LAW OFFICES OF

## PETER M. AGULNICK, P.C.

**Attn. David R. Teece, Esq.**
**Rudner Law Offices**
**November 1, 2007**
**Page 2 of 2**

      Accordingly, I have no choice but to move to dismiss your case for lack of personal jurisdiction because you failed to properly effectuate service of process. If you change your mind, please contact me as immediately so I can avoid burdening the Court with an unnecessary motion.

Very truly yours,

PETER M. AGULNICK, P.C.

By: _____
          Peter M. Agulnick (PA 5030)