UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RIO MAR ASSOCIATES, L.P., S.E., a Delaware Limited    Case No. 07 CV 8227 (GBD)
Partnership, d/b/a THE WESTIN RIO MAR BEACH
RESORT,

                Plaintiff,         **STIPULATION RESOLVING**
                                   **MOTION AND VACATING**
      -against-                **DEFAULT JUDGMENT**

MIXSHOW POWER SUMMIT, INC., a New York
corporation; THE POWER SUMMIT, INC., a New York
corporation; RPM MARKETING & PROMOTIONS,
INC., a New York corporation; and RENE McLEAN, a
New York resident,

                Defendants.
------------------------------------------------------------X

     IT IS HEREBY STPULATED by the undersigned that Defendants' motion to vacate the default judgment (Notice of Motion, dated November 7, 2007, and supporting papers) is resolved as follows:

     1.    The Default Judgment, dated October 22, 2007, is hereby vacated.

     2.    The undersigned Defendants' time to answer or move with respect to the summons and complaint is hereby extended to thirty days from the date this Stipulation is so-Ordered and posted on ECF.

[THIS SPACE HAS INTENTIONALLY BEEN LEFT BLANK]

3. The undersigned Defendants waive the defense of improper service of the summons and complaint.

Dated: New York, New York
       January 7, 2008

| PETER M. AGULNICK, P.C. | RUDNER LAW OFFICES |
|---|---|
| By: *[signature]* <br> Peter M. Agulnick (PA 5030) <br> Attorneys for Defendants <br> **THE POWER SUMMIT, INC.,** <br> **RPM MARKETING & PROMOTIONS,** <br> **INC. and RENE McLEAN** <br> 321 Broadway, Suite 200 <br> New York, New York 10007 <br> (212) 571-2266 | By: *[signature] D R T* <br> David R. Teece (DC 5908) <br> Attorneys for Plaintiff **RIO MAR** <br> **ASSOCIATES, L.P., S.E.,** <br> **a Delaware Limited Partnership,** <br> **d/b/a THE WESTIN RIO MAR BEACH** <br> **RESORT** <br> 225 Broadway, Suite 2104 <br> New York, New York 10007 <br> (212) 233-4747 |

So-Ordered: *George B. Daniels*     Date: JAN 2 2 2008, 20____
            U.S. District Court Judge

2