UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

RIO MAR ASSOCIATES, L.P., S.E., a
Delaware Limited Partnership, d/b/a THE WESTIN
RIO MAR BEACH RESORT,

Civ. Action No. 07 CV 8227 (GBD)

**NOTICE OF DISMISSAL**

Plaintiff,

-against-

MIXSHOW POWER SUMMIT, INC., a
New York corporation; THE POWER SUMMIT,
INC., a New York corporation; RPM MARKETING
& PROMOTIONS, INC., a New York corporation;
and RENE McLEAN, a New York resident,

Defendants.
_____ x

TO:   MIXSHOW POWER SUMMIT, INC.
      THE POWER SUMMIT, INC.
      RPM MARKETING & PROMOTIONS, INC.
      RENE McCLEAN,
              Defendants, and
      PETER AGULNICK,
              Attorney for Defendants.

PLEASE TAKE NOTICE that RIO MAR ASSOCIATES, L.P., S.E., doing business as THE WESTIN RIO MAR BEACH RESORT, plaintiff in the above-entitled action, hereby dismisses the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)), permitting dismissal by the plaintiff, without order of the court, by filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.

DATED:    San Francisco, California
          March 17, 2008

                                      Respectfully submitted,

                                      RUDNER LAW OFFICES

                                      By: _____
                                      David R. Teece
                                      (DT 5908)
                                      520 W. 23rd Street, Suite 11B
                                      New York, NY 10011
                                      Phone: (917) 723-6122

                                      425 Market Street, Suite 2200
                                      San Francisco, CA 94105
                                      Phone: (415) 912-2893
                                      Fax:   (415) 912-2895

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RIO MAR ASSOCIATES, L.P., S.E., a
Delaware Limited Partnership, d/b/a THE WESTIN
RIO MAR BEACH RESORT

                Plaintiff

    -against-

MIXSHOW POWER SUMMIT, INC., a
New York corporation; THE POWER SUMMIT,
INC., a New York corporation; RPM MARKETING
& PROMOTIONS, INC., a New York corporation;
and RENE McLEAN, a New York resident,

                Defendant.
-----------------------------------------------------------------x

Civ. Action No. 07 CV 8227 (GBD)

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 17th day of March, 2008, I served a copy of the within Plaintiff's Notice of Dismissal via regular mail, postage prepaid, U.S. Postal Service to:

| | |
|---|---|
| Peter M. Agulnick, Esq.<br>Peter M. Agulnick, P.C.<br>321 Broadway, Suite 200<br>New York, NY 10007<br>Attorney for Defendants | United States District Court<br>United States Courthouse<br>500 Pearl Street, Room 630<br>New York, NY 10007<br>Attn: Judge George B. Daniels<br>(Courtesy Copy) |

Dated: San Francisco, California
       March 17, 2008

*/s/ D. R. T.*
_____
David R. Teece, Esq. (DT 5908)
Rudner Law Offices
425 Market Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 912-2893
Fax: (414) 912-2895